**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 99-30607**

**JOLEN OPERATING COMPANY,**

**Plaintiff-Appellant,**

**VERSUS**

**UNITED NATIONAL INSURANCE COMPANY,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Eastern District of Louisiana
(98-CV-2213-B)

March 3, 2000

Before JOLLY and DeMOSS, Circuit Judges, and DOWD[*], District Judge.

PER CURIAM:[**]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]District Judge of the  Northern District of Ohio, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.